TIMOTHY J. WALSH (69509)
ATTORNEY AT LAW
1319 TRAVIS BL.
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
FFLAW@SBCGLOBAL.NET
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

IN RE THE BANKRUPTCY OF ) Case No.: 12-41825
)
STANDARD PETROLEUM ) NOTICE OF RELATED CASES
)
　　　Debtor )

NOTICE OF RELATED CASES

Case Name:    ADAJIO L.L.C.

Case #:    12-41455

Filed:    12/14/12

Judge:    Christopher Klein

Dated this  25th DAY OF JANUARY 2013

/S/ TIMOTHY J. WALSH
TIMOTHY J. WALSH
ATTORNEY FOR DEBTOR

1